**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **ANDREW R. BLAXON**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **ANDREW R. BLAXON**, ) <br> ) <br> Defendant, ) <br> _____) | CR. S 08-539 FCD <br><br> **STIPULATION AND ORDER CONTINUING INITIAL INITIAL APPEARANCE ON TSR VIOLATION** |

IT IS HEREBY STIPULATED by the partied, through their respective counsel, that the defendant's initial appearance on an alleged violation of his terms of supervised release may be continued from February 22, 2011 to April 18, 2011. This continuance is requested to determine the outcome of a proceeding in Sacramento County which proceeding may effect the outcome of this alleged violation. There are no issues related to the Speedy Trial Act.

Dated: February 22, 2011

 / s / Steven D. Bauer

**STEVEN D. BAUER,** Counsel for Defendant

Dated: February 22, 2011

/ s / Jason Hitt
**JASON HITT,** Assistant United States Attorney

(Order on Following Page)

1
2   IT IS SO ORDERED.
3
4   Dated: February 22, 2011
5                                              FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28