UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



FILED

APR 12 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )        CASE NUMBER: 2:08-cr-00539 FCD
                                    )
        v.                          )
                                    )        **DETENTION ORDER**
ANDREW RAY BLAXON, JR.,             )        (Violation of Pretrial Release,
                                    )        Probation or Supervised Release)
                    Defendant.      )
                                    )
_____)

___    After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court
       finds :

            ___ there is probable cause to believe the person has committed a federal,
            state or local crime while on release and defendant has not rebutted the
            presumption that his release will endanger another or the community or
            ___ there is clear and convincing evidence that defendant has violated
            **another** condition of release <u>and</u>

                ___ based on the factors set forth in 18 U.S.C. § 3142(g) there is no
                condition or combination of conditions of release that will assure that the
                defendant will not flee or pose a danger to the safety of another person or
                the community or
                ___ the person is unlikely to abide by any condition or combination of
                conditions of release.  F.R.Cr.P. 32.1(a)(D), 46(c), 18 U.S.C. § 3148.

✓      After a hearing pursuant to F.R.Cr.P. 32.1(a)(6) and 46(c) and 18 U.S.C. § 3143
       (violation of probation or supervised release) the court finds there is probable cause
       to believe defendant has violated a condition of probation or supervised release and
       defendant has not met his burden of establishing by clear and convincing evidence
       that he will not flee or pose a danger to another person or to the community.  18
       U.S.C. § 3143.

       IT IS ORDERED that pursuant to 18 U.S.C. § 3142(i)(2)-(4) defendant is committed to the
custody of the Attorney General for confinement in a corrections facility separate, to the extent
practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The
defendant shall be afforded reasonable opportunity for private consultation with his counsel.  Upon further
order of a court of the United States or request of an attorney for the United States the person in charge of
the corrections facility in which defendant is confined shall deliver defendant to a United States Marshal
for purpose of an appearance in connection with a court proceeding.

DATED:____4/12/2011_____        _____
                                        UNITED STATES MAGISTRATE JUDGE