**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **ANDREW R. BLAXON**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>      Plaintiff, )<br>  v. )<br>**ANDREW R. BLAXON**, )<br>      Defendant, )<br>_____ ) | CR. S-08-539 FCD<br><br>**STIPULATION AND ORDER CONTINUING ADMIT/DENY HEARING ON TSR VIOLATION** |

IT IS HEREBY STIPULATED by the partied, through their respective counsel, that the defendant's admit or deny hearing on an alleged violation of his terms of supervised release may be changed from May 9, 2011 to May 2, 2011. This change is is requested to accommodate defense schedule. There are no issues related to the Speedy Trial Act.

Dated: April 26, 2011

/ s / Steven D. Bauer

**STEVEN D. BAUER,** Counsel for Defendant

Dated: April 26, 2011

/ s / Jason Hitt
**JASON HITT,** Assistant United States Attorney

(Order on Following Page)

1  IT IS SO ORDERED.
2
3  Dated: April 27, 2011
   _____
4  FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE