1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2790

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,     )
                                 )
12           Plaintiff,          )   NO. CR. S-08-539 FCD
                                 )
13       v.                      )
                                 )
14 ANDREW RAY BLAXON, JR.,       )
                                 )   **RELATED CASE ORDER**
15           Defendant.          )
   _____)
16                               )
   UNITED STATES OF AMERICA,     )
17                               )
             Plaintiff,          )   NO. CR. S-11-201 GEB
18                               )
         v.                      )
19                               )
   ANDREW RAY BLAXON,            )
20  aka Andrew Ray Blaxon, Jr.,  )
                                 )
21           Defendant.          )
   _____)

23      The United States of America, by and through its under-
24 signed attorney, hereby submits the government's statement of
25 related cases.  On May 5, 2011, an indictment was filed against
26 defendant Andrew Ray Blaxon who is currently charged in a
27 petition for violation of supervised release on the docket in
28 criminal case 08-539 FCD.  Within the meaning of Local Rule

                                 1

1  123(f), a petition for violation of supervised release should be
2  related to the new indictment and assigned to the judge of the
3  new criminal action unless the original sentencing judge desires
4  to retain the first action, in which circumstance both actions
5  shall be assigned to the original sentencing judge. Here, Judge
6  Damrell handled the original case in which the defendant was
7  sentenced and received a term of supervised release. The
8  defendant violated his supervised release conditions by
9  committing a new law violation which is a subject of the new
10 indictment. Because Damrell is familiar with the defendant,
11 after handling both the original indictment and the supervised
12 release violation, it may be a savings of judicial economy to
13 relate the new indictment to the earlier action involving the
14 violation of supervised release. Therefore, Judge Damrell, the
15 original sentencing judge, should decide whether to retain the
16 first action (the supervised release violation case), in which
17 both actions shall then be assigned to Judge Damrell due to his
18 familiarity with the defendant and the defendant's criminal
19 record. This is the case especially in light of the fact that
20 the new indictment case was recently assigned to Judge Burrell
21 and very little litigation has proceeded in that matter.
22     Therefore, the government hereby requests that the above
23 cases be referred to the Honorable Frank C. Damrell, Jr. for his
24 consideration and determination whether he desires to have both
25 cases assigned to him.
26 DATED: May 20, 2011
27 ///
28 ///

```
                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


                              By:   /s/ William S. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney
```

## **ORDER**

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(f) where a petition for violation of supervised release should be related to a new indictment.

IT IS THEREFORE ORDERED that the action designated as CR. S-08-539 FCD and CR. S-11-201 GEB be, and the same hereby is, reassigned to the Honorable FRANK C. DAMRELL, JR., for all further proceedings. Henceforth the captions on all documents filed in the reassigned case shall be shown as CR. S-11-201 FCD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: May 23, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE