**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **ANDREW R. BLAXON**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR. S-08-539 FCD |
| Plaintiff,  ) | |
| v.  ) | **STIPULATION AND ORDER CONTINUING ADMIT OR DENY HEARING ON TSR VIOLATION** |
| ANDREW R. BLAXON,  ) | |
| Defendant,  ) | |

IT IS HEREBY STIPULATED by the partied, through their respective counsel, that the defendant's initial appearance on an alleged violation of his terms of supervised release may be continued from June 27, 2011 to July 5, 2011.  This continuance is necessary because the Court is unavailable on the originally scheduled date..  There are no issues related to the Speedy Trial Act.

Dated:  June 20, 2011

 / s / Steven D. Bauer

**STEVEN D. BAUER,** Counsel for Defendant

Dated:  June 20, 2011

/ s / William S. Wong

**WILLIAM S. WONG,** Assistant United States Attorney

1 **IT IS SO ORDERED.**

2 Dated: June 21, 2011

3 _____
FRANK C. DAMRELL, JR.
4 UNITED STATES DISTRICT JUDGE