1 **STEVEN D. BAUER**
Attorney at Law - SBN 50084
2 428 J Street - Suite 350
Sacramento, California 95814
3 Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net
4
Attorney for Defendant: **ANDREW R. BLAXON**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. S 08-539 GEB |
| ) | Cr. S 11-201 GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND PROPOSED** |
| v. ) | **ORDER CONTINUING** |
| ) | **ADMIT OR DENY HEARING ON** |
| **ANDREW R. BLAXON**, ) | **TSR VIOLATION AND** |
| ) | **STATUS CONFERENCE** |
| Defendant, ) | |

IT IS HEREBY STIPULATED by the partied, through their respective counsel, that the defendant's admit/deny hearing in case ending 539 and his status conference in case ending 201 maybe continued from October 7, 2011 to October 21, 2011. This continuance is requested to permit the parties to complete global settlement negotiations and prepare a written plea agreement. It is further stipulated that the time until October 21, 2011 maybe excluded pursuant to Local Code T-4 in case ending 201.

Dated: October 7, 2011

 / s / Steven D. Bauer

**STEVEN D. BAUER,** Counsel for Defendant

Dated: October 7, 2011

/ s / William S. Wong

**WILLIAM S. WONG,** Assistant United States Attorney

(Order on Following Page)

For Good Cause Appearing, IT IS SO ORDERED

Dated:  October 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge